1

2

3

4

5

6

7

8

9

10

11

12

13

14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES SUBER,

      Plaintiff,

    v.

SNOHOMISH COUNTY JAIL MAIL
ROOM STAFF,

      Defendant.

Case No. C18-561-JCC-JPD

REPORT AND RECOMMENDATION

15

16

17

18

19

20

21

22

23

24

25

26

Plaintiff, an inmate at the Clallam Bay Corrections Center in Clallam Bay, Washington, is proceeding *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights action.  On May 7, 2018, the Court declined to serve plaintiff's initial complaint, and granted plaintiff leave to amend.  Dkt. 8.  Although plaintiff timely filed an amended complaint, Dkt. 13, the Court declined to order service on May 30, 2018, because the amended complaint "contains many of the same deficiencies as plaintiff's initial complaint."  Dkt. 14 at 1.  The Court granted plaintiff leave to file a second amended complaint within thirty (30) days.  *Id*.

To date, however, plaintiff has failed to submit a second amended complaint or otherwise respond to the Court's Order.  In addition, the Court has determined that plaintiff's claim that his constitutional rights were violated when the Snohomish County Jail mail room staff opened his legal mail outside his presence is duplicative of a case he previously filed in

REPORT AND RECOMMENDATION
PAGE - 1

1   this district, *Suber v. Snohomish County Corrections Mailroom Staff, et al.*, Case No. 2:18-cv-

2   428-RAJ-BAT, which involves the same claims and the same party.[1]

3          Accordingly, the Court recommends that this § 1983 action be DISMISSED with

4   prejudice as duplicative of Case No. 2:18-cv-428-RAJ-BAT.  A proposed order accompanies

5   this Report and Recommendation.  The Clerk is directed to send copies of this Order to the

6   plaintiff and to the Honorable James P. Donohue.

7          Objections to this Report and Recommendation, if any, should be filed with the Clerk

8   and served upon all parties to this suit by no later than **July 30, 2018**.  Failure to file objections

9   within the specified time may affect your right to appeal.  Objections should be noted for

10  consideration on the District Judge's motion calendar for the third Friday after they are filed.

11  Responses to objections may be filed within **fourteen (14)** days after service of objections.  If

12  no timely objections are filed, the matter will be ready for consideration by the District Judge

13  on **August 3, 2018.**

14         This Report and Recommendation is not an appealable order.  Thus, a notice of appeal

15  seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the

16  assigned District Judge acts on this Report and Recommendation.

17         DATED this 9th day of July, 2018.

18

19         *James P. Donohue*

20         JAMES P. DONOHUE
           United States Magistrate Judge

21

22

23
       [1] Similarly, the Court notes that Case No. 2:18-cv-723-JCC-JPD was administratively
24  closed by the Court on May 17, 2018, and the proposed amended complaint was associated
    with this case, Dkt. 15, because it was duplicative of plaintiff's May 17, 2018 amended
25  complaint, Dkt. 13, in this action.  Although the plaintiff had identified "mental health staff" as
    a party in Section III of the complaint form, this appears to have been an error.  The body of
26  the complaint contained no allegations regarding mental health staff at the facility.  Dkt. 15.

REPORT AND RECOMMENDATION
PAGE - 2