UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES SUBER,

    Plaintiff,

v.

SNOHOMISH COUNTY JAIL MAIL ROOM STAFF,

    Defendant.

Case No. C18-0561-JCC

ORDER

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     This action is DISMISSED with prejudice.

(3)     The Clerk is directed to send copies of this order to the parties and to the Honorable James P. Donohue.

DATED this 6th day of August 2018.

JOHN C. COUGHENOUR
United States District Judge

ORDER
C18-0561-JCC
PAGE - 1